**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DANIEL R. SPEARS, JEFFREY YELTON, KATHERINE LANG, DANIEL MASSA and RAYMOND R. COMMERS, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs, | ) | Cause No. 2:07-CV-00088-JVB-PRC |
| v. | ) | Judge Joseph S. Van Bokkelen |
| METROPOLITAN LIFE INSURANCE COMPANY D/B/A METLIFE, METLIFE SECURITIES, INC. D/B/A METLIFE, and ISTA FINANCIAL SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

**DEFENDANT ISTA FINANCIAL SERVICES CORPORATION'S MOTION FOR CLARIFICATION THAT CLASS CERTIFICATION PROCEEDINGS ARE STAYED**

Defendant, ISTA Financial Services Corporation ("ISTA Financial"), by counsel, hereby moves this Court for an order clarifying that class certification briefing in this matter is stayed pending resolution of the Defendants' reinstated motions to dismiss Plaintiffs' Amended Complaint. ISTA Financial hereby adopts and incorporates the arguments set forth in the MetLife Defendants' Motion For Clarification That Class Certification Proceedings Are Stayed [DE #84], filed today.

Respectfully submitted,

BARNES & THORNBURG LLP

Date: August 18, 2008

/s/ _Brian E. Casey______________________
Mark J. Dinsmore (17930-49)
Brian E. Casey (23263-71)
Michael V. Knight (22066-45)
100 North Michigan Street
600 1st Source Bank Center
South Bend, Indiana 46601
Tel: (574) 233-1171
Fax: (574) 237-1125
E-mail: mdinsmore@btlaw.com
E-mail: bcasey@btlaw.com
E-mail: mknight@btlaw.com

*Attorneys for ISTA Financial Services Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Robert E. Stochel
Hoffman & Stochel
One Professional Center, Suite 306
Crown Point, IN 43607

Glenn S. Vician
8605 Broadway
Merrillville, IN 46410

Linton Childs
Timothy E. Kapshandy
Colleen M. Kenney
Matthew Kilby
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
ph: (312) 853 -7000
fax: (312) 853-7036

/s/ Brian E. Casey

SBDS01 BCASEY 284856v1