**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DANIEL R. SPEARS, JEFFREY YELTON, KATHERINE LANG, DANIEL MASSA, and RAYMOND R. COMMERS, individually and on behalf of all others similarly situated, Plaintiffs, | ) | |
| v. | ) | CAUSE NO.: 2:07-CV-00088-RL-PRC |
| METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE, METLIFE SECURITIES, INC. d/b/a METLIFE; and ISTA FINANCIAL SERVICES CORP., Defendants. | ) | |

**ORDER**

This matter is before the Court on a Belated Motion for Additional Time to Respond to Defendants' Request for Clarification that Class Certification Proceedings are Stayed [DE 100], filed by Plaintiffs on September 10, 2008. Plaintiffs represent that, through inadvertence, they neglected to include this request for extension of time in their previous Unopposed Motion for Extension of Time, granted by the Court on August 27, 2008 [DE 95]. Plaintiffs request that the Court grant the extension through and including September 15, 2008; the same deadline set in the previous Unopposed Motion [DE 95]. Counsel for Plaintiffs represents that counsel for Defendants have no objection to the requested extension of time.

Having reviewed the Motion and noting the agreement of the parties, the Court now **GRANTS** the Belated Motion for Additional Time to Respond to Defendants' Request for Clarification that Class Certification Proceedings are Stayed [DE 100] and **ORDERS** that Plaintiffs'

deadline for filing responses to Defendants' Request for Clarification that Class Certification Proceedings are Stayed be extended up to and including **September 15, 2008**.

SO ORDERED this 11th day of September 2008.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record