**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DANIEL R. SPEARS, JEFFREY YELTON, KATHERINE LANG, DANIEL MASSA and RAYMOND R. COMMERS, individually and on behalf of all others similarly situated, Plaintiffs, | ) | CAUSE NO. 2:07-CV-088 RL |
| | ) | CLASS ACTION Jury Demand |
| vs. | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE, METLIFE SECURITIES INC., d/b/a METLIFE and ISTA FINANCIAL SERVICES CORPORATION, Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT ISTA FINANCIAL SERVICES CORPORATION'S MOTION FOR CLARIFICATION THAT CLASS CERTIFICATION PROCEEDINGS ARE STAYED**

ISTA Financial Services Corporation ("ISTA Financial") and Metropolitan Life Insurance Company and MetLife Securities, Inc. ("MetLife") have failed to establish a basis for the Court to delay briefing on class certification issues in this case. ISTA Financial merely adopted the argument first raised in MetLifes' Motion for Clarification that Class Certification Proceedings are Stayed. ISTA Financial's and MetLifes' Motions do not establish a basis to delay briefing on class certification or to delay a ruling thereon.

Plaintiffs adopt and incorporate by reference their arguments set out in the Plaintiffs' Response to Defendant MetLifes' Motion for Clarification that Class Certification Proceedings are Stayed.

## CONCLUSION

For the reasons set out in the Response that is incorporated by reference, Plaintiffs, Daniel R. Spears, et al., respectfully request that the Court deny the defendants' Motion for Clarification that Class Certification Proceedings are Stayed, and further requests the Court to enter a class certification order herein.

Respectfully submitted,

**s/ROBERT E. STOCHEL**
Robert E. Stochel
Attorney No. 1686-45
Hoffman & Stochel
One Professional Center, Suite 306
Crown Point, Indiana 46307
Telephone: (219) 662-0165
Fax: (219) 662-2151
E-Mail: res@reslaw.org

**s/GLENN S. VICIAN**
Glenn S. Vician
Attorney No. 954-45
Bowman, Heintz, Boscia & Vician, P.C.
8605 Broadway
Merrillville, Indiana 46410
Telephone: (219) 769-6671
Fax: (219) 738-3044
E-Mail: bhbv2@netnitco.net

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of September, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/GLENN S. VICIAN**
Glenn S. Vician
Bowman, Heintz, Boscia & Vician, P.C.
8605 Broadway
Merrillville, Indiana 46410
Telephone: (219) 769-6671
E-Mail: bhbv2@netnitco.net

Brian E. Casey
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Colleen M. Kenney
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603